PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY,<br><br>             Plaintiff,<br><br>        v.<br><br>MARS, INCORPORATED, a Delaware corporation, d/b/a SKITTLES,<br><br>             Defendant. | Case No. 2:25-cv-12011-JFW-KS<br>Assigned to Honorable John F. Walter<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL                    Case No: 2:25-cv-12011-JFW-KS

TO THE COURT, CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Annette Cody ("Plaintiff") respectfully requests dismissal *without* prejudice of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated:  December 22, 2025

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL                                    Case No: 2:25-cv-12011-JFW-KS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.

- 3 -